

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2016

No. 04-15-00437-CV

Larry A. **VICK** and Linda H. Vick,
Appellants

v.

**FLORESVILLE INDEPENDENT SCHOOL DISTRICT**, City of Floresville, Wilson County,
Linebarger Goggan Blair & Sampson, LLP, Rashay K. Chapa, Wilson County Appraisal District,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-08-0504-CVW-A
Honorable Russell Wilson, Judge Presiding

## O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                   Karen Angelini, Justice
                   Marialyn Barnard, Justice
                   Rebeca C. Martinez, Justice
                   Patricia O. Alvarez, Justice
                   Luz Elena D. Chapa, Justice
                   Jason Pulliam, Justice

The court has considered the appellants' motion for rehearing en banc, and the motion is
DENIED.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 1st day of November, 2016.

Keith E. Hottle
Clerk of Court